WILLIAM J. SCHIEFFELIN et al., Appellants, *v.* MOCAN
REALTY CORPORATION et al., Respondents, Impleaded
with Another.

Argued April 18, 1940; decided May 21, 1940.

*Isaac Gluckman* and *Stanley S. Casden* for appellants.

*I. Maurice Wormser, Charles C. Peters, John E. Leddy* and *Donald M. Cunningham* for respondents.

Judgment affirmed, with costs, on the ground the discharge of the judgment discharged the surety. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.